1  RUSSELL, MIRKOVICH & MORROW
   JOSEPH N. MIRKOVICH, ESQ., SBN 45644
2  MARGARET E. MORROW, ESQ., SBN 145306
   ANNE M. GRIGNON, ESQ., SBN: 230355
3  One World Trade Center, Suite 1450
   Long Beach, California 90831-1450
4
   Telephone: (562) 436-9911
5  Facsimile: (562) 436-1897

6  Attorneys for Plaintiffs SSA Terminals, LLC,
   Coast Maritime Services, Inc. and Shippers Transport Express, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SSA TERMINALS, LLC, COAST          )  CASE NO. C 05 2751 JSW
   MARITIME SERVICES, INC. AND        )
12 SHIPPERS TRANSPORT EXPRESS, INC.   )  IN ADMIRALTY
                                      )
13         Plaintiffs,                )  ORDER AUTHORIZING THE ISSUANCE
                                      )  OF A WARRANT OF ARREST OF M/V
14    vs.                             )  MICRONESIAN NATIONS
                                      )
15 M/V MICRONESIAN NATIONS, her       )
   tackle apparel, engines, machinery, furniture )
16 and equipment, in rem; P M & O Line and )
   Does 1 through 20, inclusive, in personam )
17                                    )
           Defendants.
18

19 ─────────────────────────────

20         Upon reading Plaintiffs' Application for an Order Authorizing The Issuance Of Warrant

21 Of Maritime Arrest and supporting papers, including the Declaration of Joseph N. Mirkovich in

22 support thereof, and the Verified Complaint in rem, and the Court finding that the conditions for

23 an action in rem under Rule C (3) of the Supplemental Rules for Certain Admiralty and Maritime

24 Claims within the meaning of Rule 9(h), Federal Rules of Civil Procedure, for actions in rem, and

25 the Local Rules of the Northern District of California, appear to exist.

26

27         **THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the

28 clerk shall immediately issue a warrant of maritime arrest against vessel, M/V MICRONESIAN

NATIONS, which is now, or during the pendency of this action, will be within the District and that said warrant be properly served upon the said vessel by the U.S. Marshal.

**IT IS FURTHER ORDERED** that the U.S. Marshal take possession of M/V MICRONESIAN NATIONS even if the vessel is in the possession or under the control of any person or persons claiming a possessory common law lien or that the vessel is a dwelling.

**IT IS FURTHER ORDERED** that if the M/V MICRONESIAN NATIONS is at anchorage at that time of its arrest, it may be moved to a suitable berth for loading and discharging of its cargo. The costs of relocation shall be borne by Plaintiffs and shall be considered costs of administration in this action.

**IT IS FURTHER ORDERED** that the M/V MICRONESIAN NATIONS may load and/or discharge its cargo while under the custody of the U.S. Marshal or its keeper.

**IT IS FURTHER ORDERED** that the M/V MICRONESIAN NATIONS, upon completion of its loading/discharge, may be moved from its present location to a suitable anchorage. The costs of relocation shall be borne by Plaintiffs and shall be considered costs of administration in this action.

**IT IS FURTHER ORDERED** that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing, upon not less than three (3) days' written notice to Plaintiffs, at which time the Plaintiffs shall be required to show why the arrest should not be vacated or other relief granted.

1     **IT IS FURTHER ORDERED** that a copy of this Order shall be attached to and served
2 with said warrant of maritime arrest.

4     DATED: July __6__, 2005.

                                      /s/ Jeffrey S. White
                                    UNITED STATES DISTRICT COURT JUDGE

16 F:\WP51NET\DOCS\SSA\STEVE-140\pleading\WRNTORD.wpd

---

3

ORDER AUTHORIZING THE ISSUANCE OF A WARRANT
OF ARREST ON THE M/V MICRONESIAN NATIONS