1   RUSSELL, MIRKOVICH & MORROW
    JOSEPH N. MIRKOVICH, ESQ., SBN 45644
2   MARGARET E. MORROW, ESQ., SBN 145306
    ANNE M. GRIGNON, ESQ., SBN 230355
3   One World Trade Center, Suite 1450
    Long Beach, California 90831-1450
4
    Telephone: (562) 436-9911
5   Facsimile: (562) 436-1897

6   Attorneys for Plaintiffs SSA Terminals, LLC,
    Coast Maritime Services, Inc. and Shippers Transport Express, Inc.
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  SSA TERMINALS, LLC, COAST           )   CASE NO.
    MARITIME SERVICES, INC. AND         )
12  SHIPPERS TRANSPORT EXPRESS, INC.    )   IN ADMIRALTY
                                        )
13              Plaintiffs,             )   ORDER TO APPOINT KEEPER
                                        )
14      vs.                             )   [PROPOSED]
                                        )
15  M/V MICRONESIAN NATIONS, her        )
    tackle apparel, engines, machinery, furniture )
16  and equipment, in rem; P M & O Line and )
    Does 1 through 20, inclusive, in personam )
17                                      )
                Defendants.             )
18

19

20          Under the Application of Plaintiffs SSA Terminals, LLC , Coast Maritime

21  Services, Inc. and Shippers Transport Express, Inc., for an order appointing a keeper in lieu of the

22  U.S. Marshal in this case, and good cause appearing therefor, it is

23

24          ORDERED that Plaintiffs' application is granted; and it is further

25

26          ORDERED that the U.S. Marshal for this District transfer custody of the

27  Defendant vessel, M/V MICRONESIAN NATIONS, her engines, tackle, boilers and

28  appurtenances, found and arrested within this district, from their present location in or near the

---

                                        1
                            ORDER TO APPOINT KEEPER

1   Port of Oakland, or wherever said vessel may be found in this District, to the custody of

2   Woodbridge Marine, as keeper, by and through its authorized representative, immediately

3   following her arrest; and it is further

4

5           ORDERED that upon the transfer of said vessel to the keeper, the aforesaid keeper

6   is hereby appointed to act as keeper of the defendant vessel during custodia legis on behalf of this

7   court, in place and instead of the U.S. Marshal, until further order of this court; and it is further

8

9           ORDERED that the keeper will maintain the following insurance policies which

10  will protect the vessel during its custodianship:

11          A.      Commercial Marine Liability with an aggregate coverage limit of

12          $1,000,000,00;

13          B.      Worker's Compensation Insurance;

14          C.      Professional Liability with Galatea of London with a coverage limit of

15          $3,000,000.00 and it is further

16

17          ORDERED that the fees and costs of the keeper in storing, maintaining,

18  safekeeping, and insuring the vessel while in custodia legis shall be taxed as costs of this action;

19  and it further

20

21          ORDERED that the United States Marshal will place a copy of this order on the

22  defendant vessel.

23

24  Dated: July  6 , 2005.

25                                  UNITED STATES DISTRICT JUDGE

26

27

28

2

ORDER TO APPOINT KEEPER