1  RUSSELL, MIRKOVICH & MORROW
   Joseph N. Mirkovich, SBN.: 45644
2  Margaret E. Morrow, SBN.: 145306
   Anne M. Grignon, SBN.: 230355
3  One World Trade Center, Suite 1450
   Long Beach, California 90831-1450
4  (562) 436-9911 / fax: (562) 436-1897

5  Attorneys for Plaintiff SSA Terminals, LLC,
   Coast Maritime Services, Inc. and Shippers Transport Express, Inc.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 SSA TERMINALS, LLC, COAST            ) CASE NO.: **C05-2751 JSW**
   MARITIME SERVICES, INC AND           )
12 SHIPPERS TRANSPORT EXPRESS,          ) IN ADMIRALTY
   INC.                                 )
13                                      ) **JOINT STIPULATION FOR**
                    Plaintiffs,         ) **APPLICATION FOR RELEASE OF**
14                                      ) **VESSEL M/V MICRONESIAN**
            vs.                         ) **NATIONS AND [PROPOSED]**
15                                      ) **ORDER**
   M/V MICRONESIAN NATIONS, her         )
16 tackle, apparel, etc., in rem; P M & O )
   Line and Does 1 through 20, inclusive, )
17 in personam                          )
                                        )
18                  Defendants.         )
                                        )
19 ─────────────────────────────────────

20      Plaintiffs SSA TERMINALS, LLC, COAST MARITIME SERVICES,

21 INC. AND SHIPPERS TRANSPORT EXPRESS, INC. and Defendants M/V

22 MICRONESIAN NATIONS, her tackle, apparel, etc., in rem and P M & O Line,

23 by and through their respective attorneys of record, have agreed to the following:

24

25      1.   Plaintiff has received payment from the vessel owners for those

26 charges underlying its complaint in this action.

27

28      2.   All costs due to the Clerk have been paid and all fees and

- 1 -

**JOINT STIP FOR APP FOR RELEASE OF VESSEL M/V MICRONESIAN
NATIONS AND [PROPOSED] ORDER**

disbursements due the U.S. Marshal in this action have been paid or provided for.

3. Accordingly, Plaintiffs SSA TERMINALS, LLC, COAST MARITIME SERVICES, INC. AND SHIPPERS TRANSPORT EXPRESS, INC. and Defendants M/V MICRONESIAN NATIONS, her tackle, apparel, etc., <u>in rem</u> and P M & O Line, by and through their respective attorneys of record, requests this Court to Order the release of the M/V MICRONESIAN NATIONS from arrest forthwith.

Dated:   July 20, 2005          RUSSELL, MIRKOVICH & MORROW

By:   / s /  
Anne M. Grignon, Esq.  
Attorneys for Plaintiffs SSA Terminals, LLC, Coast Maritime Services, Inc. and Shippers Transport Express, Inc.

Dated:   July 20, 2005          BINGHAM McCUTCHEN, LLP

By:   / s /  
(signed with permission)  
C. William Craycroft, Esq.  
Attorneys for Defendant  
M/V MICRONESIAN NATIONS  
and P M & O LINE

- 2 -

**JOINT STIP FOR APP FOR RELEASE OF VESSEL M/V MICRONESIAN NATIONS AND [PROPOSED] ORDER**

# ~~[PROPOSED]~~ ORDER

**IT IS HEREBY ORDERED** that the M/V MICRONESIAN NATIONS be released from arrest by the U.S. Marshal forthwith and the U.S. Marshal is exonerated from all liability therewith.

Dated: July 21, 2005

*IT IS SO ORDERED*
Judge William Alsup
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT JUDGE

F:\WP51\NET\DOCS\SSA\STEVE-140\pleading\dismissal.release.wpd

---

- 3 -

**JOINT STIP FOR APP FOR RELEASE OF VESSEL M/V MICRONESIAN NATIONS AND [PROPOSED] ORDER**