IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SSA TERMINALS LLC, et al.

    Plaintiffs,

v.

M/V MICRONESIAN NATIONS, et al.

    Defendants.
_____/

No. C 05-02751 JSW

**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND REQUIRING STATUS REPORT**

On July 18, 2005, Plaintiff filed an administrative motion to consider whether the above captioned matter should be related to *World Fuel Services Americas, Inc. V. PM&O Line, et al.*, 05-2745. This Court is not presiding over the earliest filed case. Accordingly, the motion is DENIED.

Further, because it appears to the Court based on the information presented to the Court in the Joint Stipulation authorizing the release of the Defendant vessel, that all claims in this matter have been resolved, the parties are HEREBY ORDERED to file a Joint Status Report or a dismissal of this action by no later than August 15, 2005.

**IT IS SO ORDERED.**

Dated: August 8, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE