```
RUSSELL, MIRKOVICH & MORROW
Joseph N. Mirkovich, SBN.: 45644
Margaret E. Morrow, SBN.:   145306
Anne M. Grignon, SBN.:   230355
One World Trade Center, Suite 1450
Long Beach, California   90831-1450
(562) 436-9911 / fax: (562) 436-1897

Attorneys for Plaintiff
SSA Terminals, LLC, Coast Maritime Services, Inc.
and Shippers Transport Express, Inc.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSA TERMINALS, LLC, COAST MARITIME SERVICES, INC AND SHIPPERS TRANSPORT EXPRESS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>M/V MICRONESIAN NATIONS, her tackle, apparel, etc., <u>in rem</u>; P M & O Line and Does 1 through 20, inclusive, <u>in personam</u><br><br>Defendants. | CASE NO.: **C05-2751 JSW**<br><br>**DISMISSAL OF ACTION AND [PROPOSED] ORDER** |

Plaintiffs SSA Terminals, LLC, Coast Maritime Services, Inc. and Shippers Transport Express, Inc., through their counsel of record, hereby dismiss the complaint filed on July 6, 2005, <u>without</u> prejudice.

Respectfully submitted,

Dated: August 11, 2005     RUSSELL, MIRKOVICH & MORROW

By:  / s /
Joseph N. Mirkovich, Esq.
Attorneys for Plaintiffs, SSA Terminals, LLC, Coast Maritime Services, Inc. and Shippers Transport Express, Inc.

- 1 -

**DISMISSAL OF ACTION AND [PROPOSED] ORDER**

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | IT IS HEREBY ORDERED that the Complaint of Plaintiffs SSA |
| 3 | Terminals, LLC, Coast Maritime Services, Inc. and Shippers Transport Express, |
| 4 | Inc., filed on July 6, 2005, be dismissed <u>without</u> prejudice. |
| 5 | The Clerk is directed to close the file. |
| 6 | Dated: August 11, 2005 |
| 7 | _____<br>U.S. DISTRICT COURT JUDGE |

- 2 -
**DISMISSAL OF ACTION AND [PROPOSED] ORDER**